# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO.  09-15-00231-CR

_____

### IN RE H.S.

_____

### Original Proceeding

_____

### ORDER

The Court has been presented with a petition for a writ of mandamus to compel the Honorable Michael Seiler, Judge of the 435th District Court of Montgomery County, Texas, to quash a grand jury subpoena. Counsel has informed the Court that the grand jury has summoned a parent to produce H.S., a minor child, to appear before the grand jury on June 11, 2015. According to counsel, Judge Seiler denied a motion to quash the grand jury subpoena without determining if the child is competent to testify before the grand jury.

1

The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that enforcement of the grand jury subpoena by the trial court is stayed until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required as a condition to any relief herein granted.

The response of the State of Texas is due June 22, 2015.

TEMPORARY RELIEF GRANTED.

ORDER ENTERED June 10, 2015.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.